UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-75582 |
| Eva Ellen Emery (xxx-xx-9951) | ) | |
| 37057 Brynford | ) | Chapter 13 |
| Clinton Township, MI 48036 | ) | |
| Debtor(s) | ) | Hon. Phillip J. Shefferly |
| | ) | |
| Eva Ellen Emery | ) | |
| | ) | |
| Debtors-Plaintiffs | ) | |
| | ) | Adv. Proc. No. 11-04639 |
| -vs- | ) | |
| | ) | Hon. Phillip J. Shefferly |
| CCO Mortgage Corporation | ) | |
| | ) | |
| Creditor-Defendant | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

Counsel for Plaintiff-Debtor certifies that on February 2, 2011, he mailed by United States Postal Service Certified Mail / Return Receipt Requested, the re-issued Adversary Proceeding Summons and Complaint to the following:

Stephen Adamo, President  
CCO Mortgage Corporation  
10561 Telegraph Road  
Glen Allen, VA   23059-4577

Paul J. Bailey, President  
CCO Mortgage Corporation  
10561 Telegraph Road  
Glen Allen, VA   23059-4577

Respectfully Submitted,

*/s/ Michael A. Greiner*  
Michael A. Greiner (P-68241)  
Deborah Whyman (P-66937)  
Financial Law Group, PC  
Attorneys for Plaintiffs  
29405 Hoover Rd.  
Warren, MI 48903  
Ph & Fax (586) 693-2000  
mike@financiallawgroup.com  
deborah@financiallawgroup.com

Dated: February 2, 2011